# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHANDRE' CHANEY | |
| | CIVIL ACTION |
| versus | |
| | 22-CV-16-SDD-EWD |
| BOARD OF SUPERVISORS OF LOUSIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE | |

## **JUDGMENT**

For the written reasons assigned:

Judgment is hereby entered in favor of Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College and against Plaintiff, Chandre' Chaney.

**IT IS SO ORDERED** this matter shall be closed.

Baton Rouge, Louisiana, this __20th__ day of December, 2023.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**